**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-44714 ABG  
**Case Name:** RICE, GREGORY J.  
  RICE, CRISTINA M.  
**Taxpayer ID #:** 13-7513789  
**Period Ending:** 07/31/07  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****83-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/07/06 | {1} | Ticor Title | SALE OF REAL ESTATE | 1110-000 | 20,000.00 | | 20,000.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.33 | | 20,008.33 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.60 | | 20,021.93 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.17 | | 20,035.10 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 13.62 | | 20,048.72 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.63 | | 20,062.35 |
| 09/19/06 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | | 3110-000 | | 4,200.00 | 15,862.35 |
| 09/19/06 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | | 3120-000 | | 95.20 | 15,767.15 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.90 | | 15,779.05 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.06 | | 15,790.11 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.37 | | 15,800.48 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.03 | | 15,810.51 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.54 | | 15,821.05 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.88 | | 15,828.93 |
| 03/20/07 | 1003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05-44714 | 2300-000 | | 13.58 | 15,815.35 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.45 | | 15,823.80 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.73 | | 15,832.53 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.73 | | 15,841.26 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.17 | | 15,849.43 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.02 | | 15,858.45 |

**Subtotals :**   **$20,167.23**   **$4,308.78**

{} Asset reference(s)

Printed: 09/11/2007 11:41 AM   V.9.55

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 05-44714 ABG | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Case Name:** | RICE, GREGORY J. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | RICE, CRISTINA M. | | **Account:** | ***-*****83-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7513789 | | **Blanket Bond:** | $3,000,000.00   (per case limit) |
| **Period Ending:** | 07/31/07 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 20,167.23 | 4,308.78 | $15,858.45 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 20,167.23 | 4,308.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,167.23** | **$4,308.78** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****83-65** | 20,167.23 | 4,308.78 | 15,858.45 |
| | $20,167.23 | $4,308.78 | $15,858.45 |

{} Asset reference(s)                                                                                      Printed: 09/11/2007 11:41 AM    V.9.55