**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>RICE, GREGORY J.<br>RICE, CRISTINA M.<br><br><br>                    Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-44714 ABG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's
Final Report and final applications for compensation.  A hearing will be held.

At:      At: U.S. BANKRUPTCY COURT sitting at the Lake County Court House
located at 18 North County Street, Waukegan, Illinois in Court Room 206 or any
other Court Room which may be assigned before  the Honorable A. Benjamin
Goldgar On: **October 26, 2007**          Time: **1:30 p.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on
applications for compensation and expenses and any objections to the pending applications and
transacting such other business as may be properly noticed before the Court. ATTENDANCE BY
THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a.  Receipts | $ | 20,167.23 |
| b.  Disbursements | $ | 5,469.85 |
| c.  Net Cash Available for Distribution | $ | 14,697.38 |

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN<br>(Trustee Fees) | 0.00 | $2,766.72 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN,<br>CHARTERED<br>(Trustee's Firm Legal Fees) | 4,200.00 | $8,113.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN,<br>CHARTERED<br>(Trustee's Firm Legal Expenses) | 95.20 | | $191.09 |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Fees) | 1,085.00 | $52.50 | |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Expenses) | 76.85 | | $0.00 |

5.In addition to the expenses of administration listed above as may be allowed by the Court, priority
claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured
creditors.  The priority dividend is anticipated to be 0.00%.

6.Claims of general unsecured creditors totaling $26,769.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 29.39%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | | Allowed Amount of Claim | | | Proposed Payment |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ | 17,865.09 | $ | | 5,251.19 |
| 2 | CEFCU | $ | 1,713.61 | $ | | 503.69 |
| 3 | eCAST Settlement Corporation assignee of | $ | 3,916.98 | $ | | 1,151.34 |
| 4 | eCAST Settlement Corporation assignee of | $ | 3,273.75 | $ | | 962.27 |

7.Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.   If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.Debtor has been discharged.

10.The Trustee proposed to abandon the following property at the hearing: NONE

| Dated: | **September 25, 2007** | | For the Court, | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | By: | **KENNETH S. GARDNER** |
| | | | | Kenneth S. Gardner |
| | | | | Clerk of the United States Bankruptcy Court |
| | | | | 219 S. Dearborn Street; 7th Floor |
| | | | | Chicago, IL  60604 |

Trustee:  ILENE F. GOLDSTEIN
Address:  Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave.
Suite 200
Highland Park, Illinois 60035
Telephone # (847) 926-9595

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Sep 25, 2007
Case: 05-44714               Form ID: pdf002          Total Served: 32
```

The following entities were served by first class mail on Sep 27, 2007.
```
db            +Gregory J Rice,   735 Auburn Lane,   Lindenhurst, IL 60046-7882
jdb           +Cristina M Rice,   735 Auburn Lane,   Lindenhurst, IL 60046-7882
aty           +David M Siegel,   David M. Siegel & Associates,   790 Chaddick Drive,   Wheeling, IL 60090-6005
tr            +Ilene F Goldstein, ESQ,   Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
               Highland Park, IL 60035-3278
10001213      +Anesthesia Consultants LTD,   34121 Eagle Way,   Chicago, IL 60678-0001
10001214      +Associates in Neurobehavioral HLTCR,   850 N. Milwaukee Ave.,,   Suite 209,
               Vernon Hills, IL 60061-1542
10001215      +Barbara Perlman, Ph. D.,   2275 Half Day Rd., #145,   Deerfield, IL 60015-1221
10001216      +CEFCU,   PO Box 1715,   Peoria, IL 61656-1715
10001217      +Chase,   201 N. Walnut St.,   Wilmington, DE 19801-2920
10933784      +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10001219      +Condell Acute Care Centers,   36866 Eagle Way,   Chicago, IL 60678-0001
10001220       Consolidated Pathology Consultants,   75 Remittance Dr., Ste. 1895,   Chicago, IL 60675-1895
10001221      +GMAC Mtg.,   3451 Hammond Ave.,   Waterloo, IA 50702-5300
10001223      +HSBC/MS,   PO Box 2393,   Brandon, FL 33509-2393
10001224      +Joon W. Kim,   925 Hoffner Drive,   Grayslake, IL 60030-1670
10001225      +Lake County General & Vascular,   1425 N. Hunt Club Rd., #103,   Gurnee, IL 60031-2646
10001226      +Lake Forest ER,   75 Remittance Drive Suite 1951,   Chicago, IL 60675-1951
10001227       Lake Forest Hospital,   75 Remitance Dr., #1834,   Chicago, IL
10001228      +Laurette Ferraresi, PH.D.,   1230 Forest Ave.,   Highland Park, IL 60035-3415
10001230      +MBNA America,   PO Box 17054,   Checkmate PO Box 16527,   Wilmington, DE 19884-0001
10001229      +Marlene Adams, DDS,   297 S. Schmidt Rd.,   Bolingbrook, IL 60440-2746
10001231       Northeast Radiology Assoc., S.C.,   PO Box 3837,   Springfield, IL 62708-3837
10001232       Northeast Radiology Associates,   c/o I.C.S., Inc.,   PO Box 646,   Oak Lawn, IL 60454-0646
10001233      +Peoples Energy,   130 E. Randolph Drive,   Chicago, IL 60601-6302
10001234      +Provena Saint Therese Medical Ctr.,   2615 Washington St.,   Waukegan, IL 60085-4980
10001235       Quest Diagnostics,   PO Box 64804,   Baltimore, MD 21264-4804
10001236      +Unity Healthcare,   Hospital Division,   PO Box 258,   Muscatine, IA 52761-0080
10001237      +Victory Memorial Hospital,   1324 N. Sheridan Road,   Waukegan, IL 60085-2199
10001238      +Wells Fargo Finance,   5101 Washington,   Suite #29,   Gurnee, IL 60031-5913
11034319       eCAST Settlement Corporation assignee of,   Household Finance Corporation,   POB 35480,
               Newark NJ 07193-5480
10001222       eCast Settlement Corporation,   assignee of Household Finance Corp,   P O Box 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission on Sep 26, 2007.
10001218      +Fax: 602-221-4614 Sep 26 2007 06:53:09     Chase Auto Finance,   2000 Marcus Ave.,
               New Hyde Park, NY 11042-1036
10001230      +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Sep 26 2007 06:15:36     MBNA America,
               PO Box 17054,   Checkmate PO Box 16527,   Wilmington, DE 19884-0001
                                                                                    TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 27, 2007**                    **Signature:**    *Joseph Speetjens*